No. 57303.—Brenner Bros. et al. v. United States, protests 198426–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

BEFORE THE SECOND DIVISION, MAY 5, 1953

No. 57304.—C. J. Tower & Sons v. United States, protests 166194–K, etc. (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of abrasive sludge similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (40 C. C. P. A. 14, C. A. D. 491), the claim for free entry under paragraph 1664 was sustained.